# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY YEARSLEY,<br><br>      Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. ED CV 14-2196 MRW<br><br>AMENDED JUDGMENT |

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration for further proceedings consistent with the Court's Order.

Date: September 9, 2015

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE